Michael P. Obert, Jr., SB# 022962
Michael.Obert@lewisbrisbois.com
Barrett Lindsay, SB #028311
Barrett.Lindsey@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lbbslaw.com
Attorneys for Norcold, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation; and AMCO INSURANCE, a subsidiary of NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>NORCOLD, INC., a Delaware corporation; JOHN DOES and JANE DOES I-V; husbands and wives; BLACK PARTNERSHIPS I-V; and WHITE CORPORATIONS I-V,<br><br>Defendants. | No.<br><br>**RULE 41(A) STIPULATION TO DISMISS ALL CLAIMS BY AMCO INSURANCE WITH PREJUDICE AND NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and LR Civ. 3.6, Local Rules of the United States District Court for the District of Arizona, Defendant Norcold, Inc., ("Defendant") and Plaintiff State Farm Fire And Casualty Company ("Plaintiff") and AMCO Insurance hereby submit this Stipulation, pursuant to Rule 41(a), to Dismiss All Claims by AMCO Insurance with prejudice. The parties further provides notice of the removal of the above-captioned case from the Superior Court of the State of Arizona, in and for the County of Yavapai, to the United States District Court for the District of Arizona, Prescott Division, and in support thereof respectfully asserts:

4814-8499-7098.1

1. On or about January 27, 2021, Plaintiff filed the present lawsuit in the Superior Court of the State of Arizona, in and for the County of Yavapai, Cause No. P1300CV202100082. (*See* Amended Complaint (attached as Exhibit "A")). The lawsuit arises out of an RV fire alleged to have been caused by a Norcold refrigerator. (*Id*. at ¶¶ 1).

2. According to the Complaint, Plaintiff is an Illinois Corporation. (Ex. A at ¶ 1). Pursuant to the National Association of Insurance Commissioners, Plaintiff's principal place of business is also located in Illinois. See [https://sbs.naic.org/solar-external-lookup/lookup/company/summary/49208591?jurisdiction=AZ](https://sbs.naic.org/solar-external-lookup/lookup/company/summary/49208591?jurisdiction=AZ).

3. AMCO Insurance, a subsidiary of Nationwide Mutual Insurance Company is also a named Plaintiff. AMCO Insurance is an Ohio Corporation. (*See* Exhibit "A" ¶ 1). The parties provide notice that AMCO Insurance has settled with Defendant, effective May 17, 2021, and the parties hereby stipulate, pursuant to Rule 41(a), Arizona Rule of Civil Procedure and Federal Rule of Civil Procedure, to dismiss all claims by AMCO Insurance with prejudice.

4. Plaintiff served Defendant via personal service to Plaintiff's agent for service of process, on February 19, 2021. (*See* Service of Process attached as Exhibit "B")).

5. Defendant Norcold, Inc. was organized under the laws of the State of Delaware and maintains a principal place of business in Ohio. (Ex. A ¶ 2 (alleging Norcold was organized under the laws of the State of Delaware with a principal place of business in Michigan); *See also Affidavit of Barrett N. Lindsey,* attached hereto as Ex. E, ¶ 4) (noting Norcold maintains a principal place of business in Ohio).

6. Plaintiff has certified that the case qualifies as a "Tier 3" case in the caption of the complaint pursuant to Ariz. R. Civ. P. 26.2, indicating that the amount of damages sought exceeds $300,000.00. (*See* Caption for Exhibit "A")). Plaintiff further agrees that the amount in controversy exceeds the jurisdictional requirement for diversity jurisdiction.

7. A copy of the Yavapai County Superior Court Docket for the above-referenced case is attached as Exhibit "C."

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

8.  The remaining documents that are a part of the court record not referenced above, include the following: a Summons for Norcold, Inc., and a Certificate regarding Compulsory Arbitration. These documents are attached as Exhibit "D."

9.  Pursuant to 28 U.S.C. § 1446(a) and LR Civ. 3.6, counsel hereby certifies that Exhibits A through D attached hereto are true and complete copies of all pleadings and other documents filed in the Superior Court of the State of Arizona, in and for the County of Yavapai. (*See* Exhibit E, ¶ 6).

10. With Amco Insurance's dismissal, this Court now has complete diversity jurisdiction over all parties pursuant to 28 U.S.C. § 1332, which confers original jurisdiction over "all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States." Plaintiff and Defendant are citizens of different states. While AMCO Insurance and Defendant are both citizens of Ohio, AMCO's dismissal creates complete diversity between Defendant and Plaintiff.

11. The parties agree that the amount in controversy exceeds the sum or value of $75,000.

12. Venue is proper in Arizona District Court because the circumstances surrounding the incidents alleged in Plaintiff's Complaint took place in Arizona. *See* 28 U.S.C. § 1391(b)(2) (permitting suit in any district where "a substantial part of the events or omissions giving rise to the claim occurred").

13. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(3) because it is being filed within thirty (30) days after AMCO Insurance dismissed all claims in this matter, which occurred on May 17, 2021. *See* § 1446(b)(3) (allowing a matter to be removed within 30 days after "an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable"). Because AMCO's dismissal gives rise to complete diversity between the parties, removal is timely and appropriate under the statute.

14. A Notification of Filing Notice of Removal in Federal Court in the form attached as Exhibit "F" was filed in the Superior Court of the State of Arizona, in and for the County of Yavpai, pursuant to 28 U.S.C. § 1446(d) and LR Civ. 3.6 and served upon counsel for Plaintiff.

15. A Civil Cover Sheet and Supplemental Civil Cover Sheet have also been filed herewith.

WHEREFORE, the parties stipulate for the dismissal of all claims asserted by AMCO Insurance with prejudice, and that the above action now pending in the Yavapai County Superior Court be removed to this Court.

DATED this 17th day of May, 2021.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By  s/ Michael P. Obert, Jr.
    Michael P. Obert, Jr.
    Barrett N. Lindsey
    *Attorneys for Defendant*

**THE MOULTON LAW FIRM, P.C.**

By  /s/ *Timothy Moulton* (with permission)
    Timothy Moulton
    *Attorney for State Farm & AMCO*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2021, I electronically transmitted the foregoing NOTICE OF REMOVAL to the Clerk's office using the Court's CM/ECF System for filing. I further certify that I mailed copies of the foregoing to:

Timothy L. Moulton
THE MOULTON LAW FIRM, P.C.
6401 E. Thomas Rd., Suite 101
Scottsdale, Arizona 85251
*Attorneys for Plaintiff*

s/  *Laura M. Nagelkirk*
32665-05