# Exhibit A

# Exhibit A

FILED
DONNA McQUALITY
CLERK, SUPERIOR COURT
04/27/2021  1:37PM
BY: CBAGLEY
DEPUTY

**THE MOULTON LAW FIRM, P.C.**
6401 E. Thomas Rd., Suite 101
Scottsdale, Arizona 85251
(480) 355-5000 FAX (480) 355-5019
Timothy L. Moulton; No. 010066
tim@moultonlawoffice.com

*Attorneys for Plaintiffs*

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF YAVAPAI

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation; and AMCO INSURANCE, a subsidiary of NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NORCOLD, INC., a Delaware corporation; JOHN DOES and JANE DOES I-V, husbands and wives; BLACK PARTNERSHIPS I-V; and WHITE CORPORATIONS I-V,<br><br>Defendants. | ACTION NO: P1300CV202100082<br><br>**FIRST AMENDED COMPLAINT**<br><br>**(Products Liability/Subrogation)**<br><br>**(Designated Tier 3)** |

### GENERAL AND FACTUAL ALLEGATIONS

1.    At all times material hereto, Plaintiff State Farm Fire and Casualty Company was an Illinois Insurance Corporation doing business as an insurance carrier in the State of Arizona, and insured Richard Sachs and his wife for their home and personal property located at 1957 Victoria Drive, Prescott, in the County of Yavapai, State of Arizona.  At all times material hereto, Plaintiff AMCO Insurance, as a subsidiary of Nationwide Mutual Insurance Company, an Ohio Corporation doing business as an insurance carrier in the State of Arizona, insured Richard Sachs and his wife covering their motorhomes, with vehicle related coverages and property, which were parked and used at 1957 Victoria Drive, Prescott, in the County of Yavapai, State of Arizona.  Plaintiff State Farm has incurred and/or may and/or or will incur, and/or paid and/or may/will pay claims, in the

1  amount of at least (covered claims paid may be increasing for insured damages as claim

2  adjustment may be ongoing) the amount of *$239,541.35* ~~$184,571.25 (Coverage A Structure~~

3  ~~damages)~~, including the deductible, in claim number 03-7896-Z21 and Plaintiff AMCO

4  Insurance, as a subsidiary of Nationwide Mutual Insurance Company, an Ohio

5  Corporation, has incurred and/or paid claims, in the total amount of $115,838.51, including

6  a $79,630 for damage to and covered losses related to, an insured 2004 Country Co Inspire

7  motorhome, and $35,158.51 for damage to and covered losses related to a 2013 Winnebago

8  motorhome, and $1,050 in towing and storage fees, in claim number 682139-GI03-7896-Z21,

9  all said damages incurred by the two plaintiffs were caused by the negligence and fault of

10  Defendants, and the unlawful and defective nature of, Defendants' products or work,

11  arising out of a fire occurring on or about March 3, 2019, at the above home.  Plaintiff State

12  Farm and Plaintiff AMCO Insurance, as a subsidiary Nationwide Mutual Insurance

13  Company, are legally, contractually and by equity entitled to subrogation rights involving

14  these claim payments, and any future claim payments, arising out of this incident and loss

15  under Arizona law.

16          2.      Norcold, Inc., on information and belief, is a Delaware corporation, based in

17  Ann Arbor, Michigan, and is or was responsible for the design, assembly, sale,

18  manufacture, distribution, advertised, and/or marketing of an RV refrigerator and its

19  component parts acquired by the plaintiffs' insured, Richard Sachs and his wife, and used

20  at the home of the insureds.  At all times material hereto, it designed, made, assembled,

21  advertised, sold, distributed and/or marketed the RV refrigerator and its component parts

22  and otherwise did business in Yavapai County and the State of Arizona.  It has caused

23  events to occur in Yavapai County, Arizona, which form the basis of this lawsuit.

24          3.      On information and belief, sometime before March 3, 2019, the Defendant

25  designed, made, built, assembled, sold, advertised, distributed, and/or marketed the above

26  described product(s), and its component parts, which were unlawfully, negligently and/or

27  defectively sold, marketed, designed, advertised, distributed, assembled and/or made, and

28  the product(s) and/or work of the defendants failed, without fault of the Plaintiffs or their

1  insured, causing a fire and loss to the home and personal property, causing Plaintiffs to

2  suffer damages and loss as outlined above.

3      4.    Investigation and inspection of the property and scene by Plaintiffs and their

4  experts indicates that the product(s) and/or work of the Defendants were unlawfully,

5  negligently and/or defectively designed, advertised, marketed, distributed, assembled

6  made and/or sold and the negligence and fault of the defendants caused of the damage and

7  injury.

8      5.    Pursuant to Rule 26.2(c)(3), Arizona Rules of Civil Procedure, this case should

9  be assigned to Tier 3.

10  <u>COUNT I (Strict Liability)</u>

11      6.    Plaintiffs hereby incorporate by reference all other paragraphs of this

12  Complaint as if fully set forth here and further allege as follows.

13      7.    Defendants were and are engaging in the business of designing,

14  manufacturing, assembling, producing, testing, inspecting, marketing and selling the

15  product(s). The product(s) were expected to and did reach consumers in Arizona without

16  substantial change in the condition in which they were sold.

17      8.    The product(s) were in a defective condition, and unreasonably dangerous to

18  users, when they left Defendants' possession or control.

19      9.    Arizona consumers used the product(s) in a manner and for a purpose which

20  was and is foreseeable by Defendants.

21      10.    Defendants failed and continues to fail to provide consumers, either directly

22  or indirectly, with adequate or sufficient warnings regarding the known or foreseeable risks

23  and dangers inherent to the product(s).

24      11.    As a direct and proximate result of the defective condition of the product(s),

25  Plaintiffs have been damaged.

26

27  <u>COUNT II (Negligence)</u>

28      12.    Plaintiffs hereby incorporate by reference all other paragraphs of this

3

1  Complaint as if fully set forth here and further alleges as follows.

2     13.    Defendants failed to exercise reasonable care with respect to the design,

3  development, advertising, manufacture, production, assembly, testing, inspection,

4  marketing and sale of the product(s) and/or work of the Defendant.

5     14.    As a direct and proximate result of Defendants' negligence, Plaintiffs have

6  been damaged.

7                    COUNT III (Breach of Express Warranties)

8     15.    Plaintiffs hereby incorporate by reference all other paragraphs of this

9  Complaint as if fully set forth here and further alleges as follows.

10    16.    Defendants have breached express warranties to consumers in that the

11 product(s) do not perform as expressly represented by Defendants.

12    17.    As a result of Defendants' breach of express warranties, Plaintiffs have been

13 damaged.

14                   COUNT IV (Breach of Implied Warranties)

15    18.    Plaintiffs hereby incorporate by reference all other paragraphs of this

16 Complaint as if fully set forth here and further alleges as follows.

17    19.    Defendants have breached the implied warranty of merchantability in that the

18 product(s) are defective and not fit for the ordinary purposes for which they are sold,

19 distributed and advertised.

20    20.    Defendants have breached the implied warranty of fitness for a particular

21 purpose in that the product(s) are defective and not fit for the purposes for which they are

22 sold, distributed and advertised.  Defendants were aware of the particular purposes for

23 which the product(s) were intended and Arizona consumers relied and continue to rely

24 upon Defendants' skill and judgment in deciding to purchase the products described

25 herein.

26    21.    As a result of Defendants' breach of implied warranties, Plaintiffs have been

27 damaged.

28    WHEREFORE, Plaintiffs pray for the following:

4

1.     Compensatory damages in an amount to be determined at trial;

2.     Special damages in an amount to be determined at trial;

3.     Interest on all special, known, and liquidated damage claims;

3.     Fees and costs;

4.     All other relief the Court deems just and proper.

DATED this 27th day of April, 2021.

THE MOULTON LAW FIRM, P.C.


By: */s/ Timothy L. Moulton*
       Timothy L. Moulton
       6401 E. Thomas Rd., Suite 101
       Scottsdale, Arizona 85251
       *Attorneys for Plaintiffs*

# Exhibit B

# Exhibit B

Tag Process Service Inc.
637 S 48th St, 101
Tempe, AZ 85281
(602) 254-3900

**FILED**
1:50 O'Clock P.M.

MAR 0 4 2021 ✓

DONNA McQUALITY, Clerk
By: M BURNETT

## Superior Court of Arizona
### Yavapai County
### 120 S. Cortez Street, Prescott, AZ 86303

State Farm Fire and Casualty Company,
an Illinois Corporation; and AMCO
Insurance, a subsidiary of Nationwide
Mutual Insurance Company, an Ohio
corporation,

       Plaintiff,

vs.

Norcold, Inc. a Delaware corporation; et
al,

       Defendant,

NO. P1300CV202100082

**AFFIDAVIT OF SERVICE**

The undersigned certifies under penalty of perjury:

I received the **Summons; Complaint; Demand for Jury Trial; Certificate re Compulsory
Arbitration** from **Moulton Law Firm, P.C.** and served the same upon:

### Norcold Inc.

By handing a true and accurate copy of the above documents to **John Doe, Security Guard for
Corporation Service Company (Statutory Agent For Norcold Inc.)** at **251 Little Falls Dr,
Wilmington, DE 19808** at approximately **9:41 AM on 02/19/2021.**
Comments: **D1/Norcold Inc. Served; NOTE: Security Guard stated legal paperwork goes into
the basket, per COVID-19 protocols;**
Description of person served:
Sex: **Male** Race: **Hispanic** Hair: **Black** Age: **45** Height: **5ft 07in** Weight: **250 lbs**

I declare under penalty of perjury that the foregoing is true and correct.
Executed on the ____ day of _____, 2021

X _____
Joseph McCarty
Date Served: 02/19/2021
Court Case#: P1300CV202100082
Our Job#: 709388
Client/Atty File#: Sub Sachs v
Norcold

Sworn to and subscribed before me this
____ day of ____, 2021.

_____
Notary Public
My Commission Expires: 8/10/2024

Fees:
Service of Process    $125.00
TOTAL:          $125.00

Commonwealth of Pennsylvania - Notary Seal
Michele M. Harris, Notary Public
Montgomery County
My commission expires August 10, 2024
Commission number 1067314
Member, Pennsylvania Association of Notaries

# Exhibit C

# Exhibit C

Text Size: A A A

Case Search          Minute Entry Search          Case Notification          Help

Home / Case Search

## Public Access to Court Information

### Case Search



eFiling Information



**FARE**
ENFORCEMENT PROGRAM
**Make a Payment**



Printer Friendly Version

<< return to search results                                    new case search >>

Case Information

| | | | |
|---|---|---|---|
| **Case Number:** | P-1300-CV-202100082 | | |
| **Title:** | STATE FARM FIRE & CASUALTY CO | **Category:** | Civil |
| **Court:** | Yavapai County Superior | **Filing Date:** | 1/27/2021 |
| **Judge:** | | **Disposition Date:** | |

AMCO INSURANCE   PLAINTIFF - P 2

TIMOTHY L MOULTON   ATTORNEY - Y 1

NORCOLD, INC.   DEFENDANT - D 1

STATE FARM FIRE & CASUALTY CO.   PLAINTIFF - P 1

Case Activity

| Date | Description | Party |
|---|---|---|
| 4/27/2021 | COMPLAINT: AMENDED COMPLAINT | P 1 |
| 3/4/2021 | SERVICE: AFFIDAVIT | D 1 |
| 1/27/2021 | COMPLAINT: Complaint | P 1 |
| 1/27/2021 | DEMAND: Demand for Jury Trial | P 1 |
| 1/27/2021 | ARBITRATION: CERTIFICATE OF COMPULSORY ARBITRATION - IS NOT | P 1 |
| 1/27/2021 | SUMMONS: SUMMONS | P 1 |
| 1/27/2021 | INDICATOR: DISCOVERY TIER 3 | P 1 |

### Document Search

For access to criminal and civil court documents in the Superior Court visit the eAccess portal.
For more information about the eAccess portal please visit: https://www.azcourts.gov/eaccess.

**NOTES:**
**Internet Explorer 10 Users: Case details will not display properly unless you switch to Compatibility View. How?**
The following case types are excluded from search results: sealed cases, cases involving un-served Orders of Protection, mental health and probate cases, victim and witness data. Juvenile incorrigible/delinquency case information also cannot be viewed on this website; however other types of cases in which juveniles are parties, such as traffic cases, may be displayed. Certain administrative functions carried out by superior court clerk's offices in each county are not included in this website, such as passport application processing and private process server registration. **Charges stemming from local ordinance violations are not included.**

**Please be aware of the following limitations of the case records displayed:**
• The information may not be a current, accurate, or complete record of the case.
• The information is subject to change at any time.
• The information is not the official record of the court.
• Not all cases from a participating court may be included.

Public Access Case Lookup

• The information should not be used as a substitute for a thorough background search of official public records.

**The user is responsible for verifying information provided on this website against official court information filed at the court of record.** Use of this website shall indicate agreement by the user that the Arizona judiciary, including its courts, divisions, officers, and employees, shall not be liable for any loss, consequence, or damage resulting directly or indirectly from the use of any of the information available through this website and that the Arizona judiciary does not provide any warranty, express or implied, that the information provided is accurate, current, correct, or complete.

Data available on this web site is updated frequently and can be provided via electronic media for an annual subscription fee. If interested, please Contact Us.

**Case info is updated on this website weekly. Information is updated each Friday to reflect case information through the Wednesday of the same week.**

Privacy Policy          Website Accessibility Policy          Contact Us                    © 2021 Arizona Supreme Court. All Rights Reserved.

# Exhibit D

# Exhibit D

FILED
DONNA McQUALITY
CLERK, SUPERIOR COURT
01/27/2021 11:06AM
BY: KMADDEN
DEPUTY

Case No.: P1300CV202100082
HON. JOHN NAPPER

Person/Attorney Filing: Timothy L Moulton
Mailing Address: 6401 E. Thomas Rd. Suite 101
City, State, Zip Code: Scottsdale,, AZ 85251
Phone Number: (480)355-5000
E-Mail Address: docket@moultonlawoffice.com
[ □ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 010066, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF YAVAPAI

State Farm Fire & Casualty Co., et
al.
Plaintiff(s),
v.

Norcold, Inc.
Defendant(s).

Case No.

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Yavapai County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED this**

By: Timothy L Moulton /s/
**Plaintiff/Attorney for Plaintiff**

AZTurboCourt.gov Form Set #536807

Person/Attorney Filing: Timothy L Moulton
Mailing Address: 6401 E. Thomas Rd. Suite 101
City, State, Zip Code: Scottsdale,, AZ 85251
Phone Number: (480)355-5000
E-Mail Address: docket@moultonlawoffice.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 010066, Issuing State: AZ

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF YAVAPAI

State Farm Fire & Casualty Co., et
al.
Plaintiff(s),
v.
Norcold, Inc.
Defendant(s).

Case No.   P1300CV202100082

**SUMMONS**

To: Norcold, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 120 South Cortez Street,
   Prescott, Arizona 86303 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

AZTurboCourt.gov Form Set #5345807

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  YAVAPAI

SIGNED AND SEALED this date:*January 27, 2021*

*DONNA McQUALITY*
Clerk of Superior Court

By:*KMADDEN*
Deputy Clerk



AZturboCourt.gov Form Set #6345667

2

FILED
DONNA McQUALITY
CLERK, SUPERIOR COURT
01/27/2021 11:96AM
BY: KMADDEN
DEPUTY

Case No.: P1300CV202100082
HON. JOHN NAPPER

1  **THE MOULTON LAW FIRM, P.C.**
2  6401 E. Thomas Rd., Suite 101
   Scottsdale, Arizona 85251
3  (480) 355-5000 FAX (480) 355-5019
   Timothy L. Moulton; No. 010066
4  tim@moultonlawoffice.com

5  *Attorneys for Plaintiffs*

6  **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

7  **IN AND FOR THE COUNTY OF YAVAPAI**

8  STATE FARM FIRE AND CASUALTY        ACTION NO:
   COMPANY, an Illinois Corporation; and
9  AMCO INSURANCE, a subsidiary of              **COMPLAINT**
   NATIONWIDE MUTUAL INSURANCE
10 COMPANY, an Ohio corporation,        **(Products Liability/Subrogation)**

11          Plaintiff,                         **(Designated Tier 3)**

12 vs.

13
   NORCOLD,    INC.,   a    Delaware
14 corporation; JOHN DOES and JANE
   DOES I-V, husbands and wives; BLACK
15 PARTNERSHIPS   I-V;   and   WHITE
   CORPORATIONS I-V,
16
17          Defendants.

18          <u>GENERAL AND FACTUAL ALLEGATIONS</u>
19
20      1.     At all times material hereto, Plaintiff State Farm Fire and Casualty Company
21 was an Illinois Insurance Corporation doing business as an insurance carrier in the State of
22 Arizona, and insured Richard Sachs and his wife for their home and personal property
23 located at 1957 Victoria Drive, Prescott, in the County of Yavapai, State of Arizona.  At all
24 times material hereto, Plaintiff AMCO Insurance, as a subsidiary of Nationwide Mutual
25 Insurance Company, an Ohio Corporation doing business as an insurance carrier in the
26 State of Arizona, insured Richard Sachs and his wife covering their motorhomes, with
27 vehicle related coverages and property, which were parked and used at 1957 Victoria
   Drive, Prescott, in the County of Yavapai, State of Arizona.  Plaintiff State Farm has
28 incurred and/or may and/or or will incur, and/or paid and/or may/will pay claims, in the

1   amount of at least (covered claims paid may be increasing for insured damages as claim
2   adjustment may be ongoing) the amount of $184,571.25 (Coverage A Structure damages),
3   including the deductible, in claim number 03-7896-Z21 and Plaintiff AMCO Insurance, as a
4   subsidiary of Nationwide Mutual Insurance Company, an Ohio Corporation, has incurred
5   and/or paid claims, in the total amount of $115,838.51,  including a $79,630 for damage to
6   and covered losses related to, an insured 2004 Country Co Inspire motorhome, and
7   $35,158.51 for damage to and covered losses related to a 2013 Winnebago motorhome, and
8   $1,050 in towing and storage fees, in claim number 682139-GI03-7896-Z21, all said damages
9   incurred by the two plaintiffs were caused by the negligence and fault of Defendants, and
10  the unlawful and defective nature of, Defendants' products or work, arising out of a fire
11  occurring on or about March 3, 2019, at the above home.  Plaintiff State Farm and Plaintiff
12  AMCO Insurance, as a subsidiary Nationwide Mutual Insurance Company, are legally,
13  contractually and by equity entitled to subrogation rights involving these claim payments,
14  and any future claim payments, arising out of this incident and loss under Arizona law.

15          2.      Norcold, Inc., on information and belief, is a Delaware corporation, based in
16  Ann Arbor, Michigan, and is or was responsible for the design, assembly, sale,
17  manufacture, distribution, advertised, and/or marketing of an RV refrigerator and its
18  component parts acquired by the plaintiffs' insured, Richard Sachs and his wife, and used
19  at the home of the insureds.  At all times material hereto, it designed, made, assembled,
20  advertised, sold, distributed and/or marketed the RV refrigerator and its component parts
21  and otherwise did business in Yavapai County and the State of Arizona.  It has caused
22  events to occur in Yavapai County, Arizona, which form the basis of this lawsuit.

23          3.      On information and belief, sometime before March 3, 2019, the Defendant
24  designed, made, built, assembled, sold, advertised, distributed, and/or marketed the above
25  described product(s), and its component parts, which were unlawfully, negligently and/or
26  defectively sold, marketed, designed, advertised, distributed, assembled and/or made, and
27  the product(s) and/or work of the defendants failed, without fault of the Plaintiffs or their
28  insured, causing a fire and loss to the home and personal property, causing Plaintiffs to

2

1    suffer damages and loss as outlined above.

2        4.    Investigation and inspection of the property and scene by Plaintiffs and their
3    experts indicates that the product(s) and/or work of the Defendants were unlawfully,
4    negligently and/or defectively designed, advertised, marketed, distributed, assembled
5    made and/or sold and the negligence and fault of the defendants caused of the damage and
6    injury.

7        5.    Pursuant to Rule 26.2(c)(3), Arizona Rules of Civil Procedure, this case should
8    be assigned to Tier 3.

9                        COUNT I (Strict Liability)

10       6.    Plaintiffs hereby incorporate by reference all other paragraphs of this
11   Complaint as if fully set forth here and further allege as follows.

12       7.    Defendants were and are engaging in the business of designing,
13   manufacturing, assembling, producing, testing, inspecting, marketing and selling the
14   product(s). The product(s) were expected to and did reach consumers in Arizona without
15   substantial change in the condition in which they were sold.

16       8.    The product(s) were in a defective condition, and unreasonably dangerous to
17   users, when they left Defendants' possession or control.

18       9.    Arizona consumers used the product(s) in a manner and for a purpose which
19   was and is foreseeable by Defendants.

20       10.   Defendants failed and continues to fail to provide consumers, either directly
21   or indirectly, with adequate or sufficient warnings regarding the known or foreseeable risks
22   and dangers inherent to the product(s).

23       11.   As a direct and proximate result of the defective condition of the product(s),
24   Plaintiffs have been damaged.

25

26                        COUNT II (Negligence)

27       12.   Plaintiffs hereby incorporate by reference all other paragraphs of this
28   Complaint as if fully set forth here and further alleges as follows.

3

13.     Defendants failed to exercise reasonable care with respect to the design, development, advertising, manufacture, production, assembly, testing, inspection, marketing and sale of the product(s) and/or work of the Defendant.

14.     As a direct and proximate result of Defendants' negligence, Plaintiffs have been damaged.

COUNT III (Breach of Express Warranties)

15.     Plaintiffs hereby incorporate by reference all other paragraphs of this Complaint as if fully set forth here and further alleges as follows.

16.     Defendants have breached express warranties to consumers in that the product(s) do not perform as expressly represented by Defendants.

17.     As a result of Defendants' breach of express warranties, Plaintiffs have been damaged.

COUNT IV (Breach of Implied Warranties)

18.     Plaintiffs hereby incorporate by reference all other paragraphs of this Complaint as if fully set forth here and further alleges as follows.

19.     Defendants have breached the implied warranty of merchantability in that the product(s) are defective and not fit for the ordinary purposes for which they are sold, distributed and advertised.

20.     Defendants have breached the implied warranty of fitness for a particular purpose in that the product(s) are defective and not fit for the purposes for which they are sold, distributed and advertised.  Defendants were aware of the particular purposes for which the product(s) were intended and Arizona consumers relied and continue to rely upon Defendants' skill and judgment in deciding to purchase the products described herein.

21.     As a result of Defendants' breach of implied warranties, Plaintiffs have been damaged.

WHEREFORE, Plaintiffs pray for the following:

1.     Compensatory damages in an amount to be determined at trial;

4

2.   Special damages in an amount to be determined at trial;

3.   Interest on all special, known, and liquidated damage claims;

3.   Fees and costs;

4.   All other relief the Court deems just and proper.

DATED this 27th day of January, 2021.

THE MOULTON LAW FIRM, P.C.


By: /s/ *Timothy L. Moulton*
    Timothy L. Moulton
    6401 E. Thomas Rd., Suite 101
    Scottsdale, Arizona 85251
    *Attorneys for Plaintiffs*

5

FILED
DONNA McQUALITY
CLERK, SUPERIOR COURT
01/27/2021 11:06AM
BY: KMADDEN
DEPUTY

Case No.: P1300CV202100082
HON. JOHN NAPPER

1

**THE MOULTON LAW FIRM, P.C.**
6401 E. Thomas Rd., Suite 101

2
Scottsdale, Arizona 85251
(480) 355-5000 FAX (480) 355-5019

3
Timothy L. Moulton; No. 010066
tim@moultonlawoffice.com

4

*Attorneys for Plaintiffs*

5

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

6

### IN AND FOR THE COUNTY OF YAVAPAI

7

| | |
|---|---|
| 8  STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation; and 9  AMCO INSURANCE, a subsidiary of NATIONWIDE MUTUAL INSURANCE 10  COMPANY, an Ohio corporation, | ACTION NO: |
| | **DEMAND FOR JURY TRIAL** |
| 11                       Plaintiff, | |
| 12  vs. | |
| 13  NORCOLD,     INC.,     a     Delaware 14  corporation;   JOHN  DOES  and  JANE DOES I-V, husbands and wives; BLACK 15  PARTNERSHIPS   I-V;   and   WHITE CORPORATIONS I-V, | |
| 16 | |
| 17                       Defendants. | |

18

19         Plaintiffs, by and through counsel undersigned, pursuant to Rule 38, Arizona Rules

20  of Civil Procedure, hereby demand a trial by jury in the event this matter is not set for

21  compulsory arbitration or an appeal is taken from arbitration.

22         DATED this 27th day of January, 2021.

23                                      **THE MOULTON LAW FIRM, P.C.**

24

25                              By: */s/ Timothy L. Moulton*
                                     Timothy L. Moulton
26                                   6401 E. Thomas Rd., Suite 101
                                     Scottsdale, Arizona 85251
27                                   *Attorneys for Plaintiffs*

28

Person/Attorney Filing: Timothy L Moulton
Mailing Address: 6401 E. Thomas Rd. Suite 101
City, State, Zip Code: Scottsdale,, AZ 85251
Phone Number: (480)355-5000
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 010066, Issuing State: AZ
Attorney E-Mail Address: docket@moultonlawoffice.com

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF YAVAPAI

## Discovery Tier Level 3

AZturboCourt.gov Form Set #5366667

3/13/2017 ver. 1

# Exhibit E

# Exhibit E

1   MICHAEL P. OBERT, JR.SB #022962
    Michael.Obert@lewisbrisbois.com
2   BARRETT N. LINDSEY, SB #028311
    Barrett.Lindsey@lewisbrisbois.com
3   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    Phoenix Plaza Tower II
4   2929 North Central Avenue, Suite 1700
    Phoenix, Arizona 85012-2761
5   Telephone: 602.385.1040
    Facsimile: 602.385.1051
6   Firm email: azdocketing@lewisbrisbois.com
    Attorneys for Norcold, Inc.

7                   UNITED STATES DISTRICT COURT

8                        DISTRICT OF ARIZONA

9   STATE FARM FIRE AND CASUALTY          Case No.
    COMPANY, an Illinois Corporation; and
10  AMCO INSURANCE, a subsidiary of
    NATIONWIDE MUTUAL INSURANCE           **AFFIDAVIT OF ATTORNEY IN**
11  COMPANY, an Ohio corporation,         **SUPPORT OF NOTICE OF**
                                          **REMOVAL**
12              Plaintiffs,

13        vs.

14  NORCOLD, INC., a Delaware
    corporation; JOHN DOES and JANE
15  DOES I-V; husbands and wives; BLACK
    PARTNERSHIPS I-V; and WHITE
16  CORPORATIONS I-V,

17              Defendants.

18        Pursuant to LR Civ. 3.6, Local Rules for the United States District Court of Arizona,

19  I, Barrett N. Lindsey., verify that the following facts are within my personal knowledge:

20        1.    I am over the age of 18 and I am competent to testify to the matters set forth

21  in this Verification.

22        2.    I am one of the attorneys of record for Defendant Norcold, Inc., ("Defendant")

23  in Yavapai County Superior Court No. P1300CV202100082, and I make this Verification

24  in such capacity on the basis of my personal knowledge.

25        3.    I have read the Notice of Removal in its entirety and verify that the facts set

26  forth in the Notice of Removal are true and accurate based on my personal knowledge,

27  except for any matters that are stated upon information and belief, and as to any such matters,

28  I believe them to be true in good faith.

**LEWIS**
**BRISBOIS**
**BISGAARD**
**& SMITH LLP**
ATTORNEYS AT LAW

4836-3687-2682.1

1       4.      My client, Norcold, Inc., was organized under the laws of the State of

2   Delaware and maintains a principal place of business in Ohio.

3       5.      Due to an agreement for an extension to file a response to the Complaint, no

4   responsive pleading has been filed by Norcold as one is not yet due.

5       6.      Exhibits A through D to the Notice of Removal constitute true and correct

6   copies of all pleadings and other documents that have been filed in the state court proceeding.

7       7.      Pursuant to LR Civ. 3.6, a Civil Cover Sheet and a Supplemental Civil Cover

8   Sheet have been filed with the Notice of Removal.

9       I declare under penalty of perjury under the laws of the United States of America that

10  the foregoing is true and correct to the best of my knowledge.

11      EXECUTED this 17th day of May, 2021.

12

13

14      **Lindsey N. Barrett**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4836-3687-2682.1

2